IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA;
SUSAN M. BANNING;
ROSALIE FERNANDEZ;
MONA GARCIA;
JULIO PAEZ;
RENEE E. OLMOS;
PATRICK ULIBARRI;
TERESA BENNS;
DIANA TWITE;
VAL TWITE; and
JHONATHON CORTEZ,

        Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation;
BILL McCLURE, as an individual and in his capacity as the
Town of Center Town Clerk and Election Clerk,

        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 09 2008

GREGORY C. LANGHAM
              CLERK

## ORDER DENYING PLAINTIFFS' MOTION FOR REMAND

This civil action was removed from the District Court, Saguache County, Colorado, by a Notice of Removal filed by the defendants on June 9, 2008, removing the claims made in an Amended Complaint filed on May 27, 2008 The plaintiffs filed a motion for remand on June 19, 2008, asserting that the notice of removal was not timely because the original complaint was served on the defendants on April 16, 2008, and trial has been held in the District Court in Saguache County on an expedited basis as required by the applicable election laws governing the contests to an election alleged in the first claim for relief in the original complaint. The State Court has dismissed that

first claim for relief of the original complaint for failure to meet statutory requirements and the court made a Rule 54(b) certification order of May 23, 2008 The order expressly excluded any determination of the second claim for relief, alleging in a conclusory fashion a violation of constitutional rights with relief requested under 42 U.S.C. § 1983. The State Court granted leave to file an amended complaint which was filed on May 27, 2008 It alleges five claims for relief, all brought under 42 U.S.C. § 1983 The first claim identified as "Maladministration of Election" appears to allege much of the same challenges to the conduct of the election as contained in the first claim for relief in the original complaint but the claim now is that the conduct of the election arises to the level of a violation of the United States Constitution. That differs from the first claim that has been dismissed by the State Court The other four claims for relief are not included in the original complaint and assert individual claims by Mona Garcia, Teresa Benns, Diana Twite and Jhonathon Cortez, which are not in the original complaint. Because the amended complaint alleges claims not included in the original complaint, the notice of removal was filed timely and there is no relation back to the original complaint. The second claim for relief in the original complaint is so conclusory that it failed to state a cognizable claim under 42 U.S.C. § 1983 and is therefore not a basis for relation back Upon this analysis, it is

    ORDERED that the plaintiffs' motion for remand is denied

    DATED: July 9, 2009

                      BY THE COURT:

                      Richard P. Matsch, Senior Judge