IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANA TWITE,
VAL TWITE, and
JHONATHON CORTEZ,

       Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation, and
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk,

       Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

       Pursuant to D.C.COLO.LCivR 16, it is

       ORDERED that a scheduling conference will be held on **September 3, 2008, at 10:00 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on August 22, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: July 9th, 2008

BY THE COURT:

s/Richard P. Matsch

.                              _____

Richard P. Matsch, Senior District Judge