IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANA TWITE,
VAL TWITE, and
JHONATHON CORTEZ,

    Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation, and
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk,

    Defendants.

---

### ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM ORDER

---

    Upon consideration of plaintiffs' motion to reconsider this Court's Order Denying Plaintiffs' Motion for Remand entered on July 9, 2008, or, in the alternative, request that said Order be amended to allow for an interlocutory appeal [18], it is

    ORDERED that the motion is denied.

    Dated: July 23rd, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
    .                                  Richard P. Matsch, Senior District Judge