IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01224 RPM-BNB

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ;
MONA GARCIA;
JULIO PAEZ;
RENEE E. OLMOS;
PATRICK ULIBARRI;
TERESA BENNS;
DIANA TWITE,
VAL TWITE; AND
JHONATHON CORTEZ

       Plaintiffs,
v.

TOWN OF CENTER, a Colorado municipal corporation; and
BILL McCLURE, as an individual and in his capacity as the Town of Center Town Clerk and Election Clerk.

       Defendants.
_____

## ORDER AMENDING CAPTION
_____

Upon consideration of the Unopposed Motion to Amend Caption [23], it is

ORDERED that:

1. Val Twite in the caption of this action be and hereby is amended to read as follows:

VAIL TWITE.

2. The above amendment of caption shall relate back to the commencement of this action.

DATED this 30th day of September, 2008

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge