IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANA TWITE,
VAIL TWITE, and
JHONATHON CORTEZ,

    Plaintiffs,
v.

TOWN OF CENTER, a Colorado municipal corporation, and
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk,

    Defendants.

---

## ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon consideration of plaintiffs' request to amend the complaint, contained in the document entitled Amended Unopposed Motion to Amend Caption [27], filed on October 30, 2008, it is

ORDERED that the motion is granted and the Second Amended Complaint attached thereto is deemed filed.

Dated: December 4th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
.                                     Richard P. Matsch, Senior District Judge