IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANA TWITE,
VAIL TWITE, and
JHONATHON CORTEZ,

      Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation;
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk;
MARY McCLURE
ADELINE SANCHEZ, in her capacity as Mayor for the Town of Center and as an individual;
JENNIE SANCHEZ;
ED GARCIA, in his capacity as Trustee and Assistant Town Clerk for the Town of Center, and
as an individual,

      Defendants.

_____

ORDER FOR DISMISSAL OF MARY MCCLURE AND JENNIE SANCHEZ ONLY
_____

      Upon consideration of the Stipulation of Dismissal without Prejudice [39], filed on March

19, 2009, it is

      ORDERED that all claims of all plaintiffs against Defendants Mary McClure and Jennie

Sanchez are dismissed, without prejudice, each party to pay their own costs and attorneys' fees.

      Dated: March 19th, 2009

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

.                            Richard P. Matsch, Senior District Judge