IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANA TWITE,
VAIL TWITE, and
JHONATHON CORTEZ,

    Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation;
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk;
ADELINE SANCHEZ, in her capacity as Mayor for the Town of Center and as an individual; and
ED GARCIA, in his capacity as Trustee and Assistant Town Clerk for the Town of Center, and
as an individual,

    Defendants.

---

ORDER FOR DISMISSAL OF PLAINTIFF PATRICK ULIBARRI'S CLAIMS AGAINST
DEFENDANTS TOWN OF CENTER, BILL McCLURE, ADELINE SANCHEZ, AND ED GARCIA

---

Upon consideration of the Stipulation of Dismissal with Prejudice [41], filed on April 3, 2009, it is

ORDERED that all claims of Plaintiff Patrick Ulibarri against Defendants Town of Center, Bill McClure, Adeline Sanchez, and Ed Garcia are dismissed, with prejudice, each party to pay their own costs and attorneys' fees.

Dated: April 3, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge