IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANA TWITE,
VAIL TWITE, and
JHONATHON CORTEZ,

    Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation;
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk;
ADELINE SANCHEZ, in her capacity as Mayor for the Town of Center and as an individual; and
ED GARCIA, in his capacity as Trustee and Assistant Town Clerk for the Town of Center, and
as an individual,

    Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

    Dated: April 3rd, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

    .                                Richard P. Matsch, Senior District Judge