**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-01224 RPM-BNB

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ;
MONA GARCIA;
JULIO PAEZ;
RENEE E. OLMOS;
PATRICK ULIBARRI;
TERESA BENNS; DIANA TWITE,
VAiL TWITE; and
JHONATHON CORTEZ

    Plaintiffs,
v.

TOWN OF CENTER, a Colorado municipal corporation;
 BILL McCLURE, as an individual and in his capacity as the Town of Center Town Clerk and Election Clerk;
MARY McCLURE;
ADELINE SANCHEZ, in her capacity as Mayor for the Town of Center and as an individual;
JENNIE SANCHEZ; and
ED GARCIA, in his capacity as Trustee and Assistant Town Clerk for the Town of Center, and as an individual;

    Defendants.

___

## ORDER TO AMEND CASE CAPTION
___

    Pursuant to the Stipulated Motion to Amend Case Caption [48] it is

    ORDERED that Mary McClure, Jennie Sanchez, Patrick Ulibarri, Ed Garcia, and Adeline Sanchez are removed from the case caption for further proceedings, including accuracy of any judgment or other orders that may enter.

    DATED this 13th day of April, 2009.

                             **BY THE COURT:**

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge