IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                May 14, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

---

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,                                                      Matthew K. Hobbs
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
PATRICK ULIBARRI,
TERESA BENNS,
DIANNA TWITE,
VAL TWITE and
JHONATHON CORTEZ,

    Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation and             Meredith L. McDonald
BILL MCCLURE in his individual and official capacity as
Town of Center Town Clerk and Election Clerk,

    Defendants.

---

## COURTROOM MINUTES

**Hearing on Defendants' Motion for Summary Judgment**

**10:48 a.m.**      **Court in session.**

Court's preliminary remarks.

Counsel state the parties have reached a settlement that resolves all claims.

Plaintiffs' oral motion to withdraw Motion to Disqualify Counsel by Mr. Hobbs.

**ORDERED:**   Motion to Disqualify Counsel, filed May 12, 2010 [64], is withdrawn.
                Counsel shall file stipulation for dismissal.

**10:53 a.m.**      **Court in recess.**      Hearing concluded.  Total time: 5 min.