IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01224-RPM

MIKE GARCIA,
SUSAN M. BANNING,
ROSALIE FERNANDEZ,
MONA GARCIA,
JULIO PAEZ,
RENEE E. OLMOS,
TERESA BENNS,
DIANA TWITE,
VAIL TWITE, and
JHONATHON CORTEZ,

    Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation;
BILL McCLURE, as an individual and in his capacity as
the Town of Center Town Clerk and Election Clerk;

    Defendants.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [68], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys fees and costs.

Dated: June 18th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge